UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CARLOS ARIAS,

      Petitioner,

  v.                                    Case No. 2:26-cv-1890-JES-KRH

WARDEN, FLORIDA SOFT SIDE
SOUTH DETENTION FACILITY, et
al.,

      Respondents.

## ORDER

Before the Court is Carlos Arias's Petition for Writ of Habeas Corpus.  (Doc. 1).  Arias challenges the lawfulness of his detention by Immigration and Customs Enforcement, but the petition is unsigned.  An "[a]pplication for a writ of habeas corpus shall be in writing signed and verified by the person for whose relief it is intended or by someone acting in his behalf."  28 U.S.C. § 2242.

Accordingly, Arias's petition is **DISMISSED** without prejudice. Arias may file a signed and verified amended petition within 21 days of this order. Otherwise, the Court will enter judgment and close this case without further notice.

**DONE AND ORDERED** in Fort Myers, Florida on June 8, 2026.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE